# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK LEONARD SHARP,
                     Appellant,
          vs.
HEATHER KORBULIC, DIRECTOR,
NEVADA DEPARTMENT OF
EMPLOYMENT, TRAINING, AND
REHABILITATION.,
                     Respondent.

No. 82352

**FILED**

JAN 2 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing a petition for judicial review of a decision on unemployment benefits. Fourth Judicial District Court, Elko County; William A. Maddox, Judge.

This appeal was docketed in this court on January 15, 2021. On March 22, 2021, this court issued a notice informing appellant of the deadlines for filing documents. Pursuant to that notice, appellant was directed to file the transcript request form by April 5, 2021, the docketing statement by April 12, 2021, and the opening brief or informal brief for pro se parties by July 20, 2021. Appellant failed to file any of the documents or otherwise communicate with this court.

On August 20, 2021, this court entered an order directing appellant to file the documents within 14 days. Appellant timely moved for, and on September 14, 2021, was granted, an extension of time until November 2, 2021, to file the documents. Appellant again failed to file any of the documents or otherwise communicate with this court. Thus, on November 24, 2021, this court directed appellant to file the documents within 7 days. On December 3, 2021, appellant filed a packet of documents from the proceedings below. None of the documents constitutes either a

22-02890

docketing statement, a transcript request form or certificate that no transcript will be requested, or an opening brief. Moreover, pro se parties are not permitted to file an appendix unless directed to do so by this court. NRAP 30(i).

This court has repeatedly cautioned appellant that failure to comply with this court's orders may result in the dismissal of this appeal. *See* NRAP 9(a)(7); NRAP 14(c); NRAP 31(d). Appellant has repeatedly failed to file documents as directed or to communicate with this court. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:    Chief Judge, The Fourth Judicial District Court
       Hon. William A. Maddox, Senior Judge
       Mark Leonard Sharp
       State of Nevada/DETR
       Elko County Clerk